1  David B. Shemano (State Bar No. 176020)
   *dshemano@peitzmanweg.com*
2  Tania M. Moyron (State Bar No. 235736)
   *tmoyron@peitzmanweg.com*
3  PEITZMAN WEG LLP
   2029 Century Park East, Suite 3100
4  Los Angeles, CA 90067
   Telephone: (310) 552-3100
5  Facsimile: (310) 552-3101

6  Counsel for Debtor and Debtor in Possession

7

8
                   **UNITED STATES BANKRUPTCY COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10
                            **RIVERSIDE DIVISION**
11

12  | In re | Case No. 6:12-bk-21311-SC |
    |---|---|
13  | Edenhurst Gallery, Inc., | Chapter 11 |
14  | Debtor. | **NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) FORM AND MANNER OF NOTICES, (III) FORM OF BALLOTS AND (IV) SOLICITATION MATERIALS AND SOLICITATION PROCEDURES** |
15
16
17  |  | *Video Courtroom:*[1] |
18  |  | Date: June 4, 2013 |
    |  | Time: 1:30 p.m. |
19  |  | Place: 3420 Twelfth Street |
    |  |        Video Hearing Room 126 |
20  |  |        Riverside, CA 92501 |

21

22  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

23  **JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF**

24  **UNSECURED CREDITORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

25  _____

26  [1] Please take notice that counsel and parties may appear at either Judge Clarkson's video courtroom located at the United States Federal Courthouse, Riverside Division, 3420 Twelfth
27  Street, Video Hearing Room 126, Riverside, CA 92501, or live at the United States Bankruptcy Court – Ronald Reagan Federal Building and Court House, 411 West Fourth Street, Courtroom
28  5C, Santa Ana, CA 92701.

1  **PLEASE TAKE NOTICE** that on June 4, 2013, at 1:30 p.m., or as soon thereafter as the
2  matter can be heard, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in
3  Video Hearing Room 126, located at 3420 Twelfth Street, Riverside, CA 92501, the above-
4  captioned debtor (the "Debtor") will move the Bankruptcy Court for entry of an order approving
5  (1) the Debtor's proposed disclosure statement filed concurrently herewith (the "Disclosure
6  Statement"), (2) the form and manner of notices relating to confirmation of the Debtor's proposed
7  plan of reorganization filed concurrently herewith (the "Plan"), (3) the form of ballots for voting
8  on the Plan, and (4) solicitation materials and solicitation procedures for the Plan (the "Motion").

9  **PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of
10 Hearing and the proposed Plan and Disclosure Statement filed contemporaneously herewith.  The
11 exhibits to the Disclosure Statement, together with the proposed form of ballots, notices, other
12 solicitation materials, and proposed order(s), will be filed with the Bankruptcy Court and made
13 publicly available for review prior to the Objection Deadline identified below.

14 **PLEASE TAKE FURTHER NOTICE** that any objection to the relief requested in the
15 Motion, or the adequacy of information in the Disclosure Statement, must be filed with the Court
16 and served on the Debtor no later than May 21, 2013 (the "Objection Deadline").  Pursuant to
17 Local Bankruptcy Rule 9013-1(h), failure to file and serve timely a response in accordance with
18 the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting
19 of the relief requested in the Motion.

20 **PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Plan and Disclosure
21 Statement are publicly available for review at (i) the Office of the Clerk, United States Bankruptcy
22 Court for the Central District of California, and (ii) the Bankruptcy Court's website
23 www.cacb.uscourts.gov (a PACER account is required). Copies of the same may also be obtained
24 by contacting counsel for the Debtor, Attn: Tania M. Moyron, at (310) 552-3100.

25 **PLEASE TAKE FURTHER NOTICE** that, if the Disclosure Statement is approved by
26 the Bankruptcy Court at the Hearing, holders of claims against the Debtor that are entitled to vote
27 on the Plan will receive a copy of the Disclosure Statement, the Plan, and additional documents
28 related thereto, unless otherwise ordered by the Bankruptcy Court. A ballot for voting will also be

-1-

provided to those holders of claims entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement, notices, ballots, other solicitation materials, and proposed order(s) may be modified at or prior to the Hearing to accommodate objections, if any, or for any other reason whatsoever, and that, at the Hearing, the Court may enter such order(s) as it deems appropriate in accordance with applicable law and required by the circumstances and equities of the case.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Date: April 29, 2013                    PEITZMAN WEG LLP


                                        By:    /s/ David B. Shemano
                                               David B. Shemano
                                               Tania M. Moyron

                                        Counsel for the Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PEITZMAN WEG LLP**
**2029 Century Park East, Suite 3100**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) FORM AND MANNER OF NOTICES, (III) FORM OF BALLOTS AND (IV) SOLICITATION MATERIALS AND SOLICITATION PROCEDURES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Bujold Michael.J.Bujold@usdoj.gov
- Casey Z Donoyan cdonoyan@frandzel.com, efiling@frandzel.com;tdejonge@frandzel.com
- Michael F Frank mfrankatty@aol.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Leslie S Gold LGold@GershuniKatz.com
- David B Golubchik dbg@lnbrb.com, dbg@ecf.inforuptcy.com
- Peggi A Gross peggigross@gmail.com
- Lawrence J Hilton lhilton@oneil-llp.com, ssimmons@oneil-llp.com;jsun@oneil-llp.com
- Ira Benjamin Katz IKatz@GershuniKatz.com
- Elizabeth A LaRocque kmurphy@goeforlaw.com, elarocque@goeforlaw.com
- Lucas A Messenger lmessenger@peitzmanweg.com
- Tania M Moyron tmoyron@peitzmanweg.com
- Walter K Oetzell woetzell@dgdk.com, DanningGill@gmail.com
- David B Shemano dshemano@peitzmanweg.com
- David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Reed S Waddell rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **April 29, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Judge**
Hon. Scott C. Clarkson
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 29, 2013  Denise Wymore** | **/s/ Denise Wymore** |
|---|---|
| *Date           Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Crowe Horwath LLP<br>15233 Ventura Blvd<br>9th Floor<br>Sherman Oaks, CA 91403-2250 | United States Trustee<br>3801 University Ave, Suite 720<br>Riverside, CA 92501-3200 | Michael J Bujold<br>US Department of Justice<br>3801 University Ave, Suite 720<br>Riverside, CA 92501-3200 |
| AT & T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Artnet<br>233 Broadway<br>26th Floor<br>New York, NY 10279-2600 | AskArt<br>6220 East Thomas Rd Suite 202<br>Scottsdale, AZ 85251-7009 |
| Ben Jewelry, Inc.<br>249 South Beverly Drive<br>Beverly Hills, CA 90212-3807 | Blue Shield of California<br>PO Box 272560<br>Chico, CA 95927-2560 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| ~~Carol Kaplow~~<br>~~PO Box 427~~<br>~~Sierra Madre, CA 91025~~<br>**RETURNED MAIL** | Catherine and Daniel Gellert<br>546 North Irving Blvd<br>Los Angeles, CA 90004-1407 | Clyde Munsell<br>284A Third Ave<br>Chula Vista, CA 91910-8704 |
| Cove and Sea Realty<br>Attn Steve Gordon<br>73-385 Pinyon Street<br>Palm Desert, CA 92260-4711 | Daniel Nicodemo<br>2300 N. Palmermo<br>Palm Springs, CA 92262 | Dickstein Shapiro LLP<br>Attn James H Turken Esq.<br>2049 Century Park East Suite 700<br>Los Angeles, CA 90067-3109 |
| Elaine M Meyer Family Trust<br>Attn Bruce Ratay<br>20800 Swenson Drive Suite 200<br>Waukesha, WI 53186-4000 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Employment Development Dept<br>PO Box 989151<br>West Sacramento, CA 95798-9151 |
| Barton LLP<br>Attn: Eric W. Sleeper<br>Graybar Building<br>420 Lexington Avenue, 18th floor<br>New York, New York 10170 | FedEx Customer Relations<br>3875 Airways Module H3<br>Department 4634<br>Memphis, TN 38116 | First Thursdays Art Walk<br>PO Box 4176<br>Laguna Beach, CA 92652-4176 |
| Ginny Kovner<br>16127 Northfield Street<br>Pacific Palisades, CA 90272 | Hans P. Fleischner<br>74-075 El Paseo Suite A-15<br>Palm Desert, CA 92260-4118 | Hartford Fire Insurance Company<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 |
| Hartford Fire Insurance Company<br>Hartford Plaza<br>Hartford CT 06115 | Internal Revenue Service<br>701 B Street Suite 900<br>San Diego, CA 92101-8180 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| IRS Ohio<br>PO Box 145595<br>Cincinnati, OH 45250-5595 | Jay Foster<br>12501 Indianapolis Ave<br>Los Angeles, CA 90066-1511 | ~~Jeff Dutra~~<br>~~5011 Meadowood Mall Way~~<br>~~Suite 200~~<br>~~Reno, NV 89502~~<br>RETURNED MAIL |

Jennifer Sun
O'Neil LLP
19900 Macarthur Blvd Ste 1050
Irvine, CA 92612

John Heller
9010 N E Haddin Way
Yarrow Point, WA 98004-1242

Keith Colestock
8224 Caminito Santaluz West
San Diego, CA 92127-2535

Knickerbocker Funding LLC
Attn Andrew Rose
41 East 57th Street Suite 702
New York, NY 10022-1969

Leon Landau
8455 Fountain Ave Unit 516
West Hollywood, CA 90069-2543

Local Arts Services
243 Flower St
Costa Mesa, CA 92627-2810

Markel Insurance Company
PO Box 79652
Baltimore, MD 21279-0652

Martin Medak
2828 Baywater Ave 5
San Pedro, CA 90731-6670

~~Mike DiPietro~~
~~PO Box 6477~~
~~Carmel, CA 93921~~
**RETURNED MAIL**

Natasha Stodder
330 S. Fair Oaks
Pasadena, CA 91105

Pasadena Antique Center
480 South Fair Oaks Avenue
Pasadena, CA 91105-2634

Pasadena Antiques and Design Ctr
330 South Fair Oaks Avenue
Pasadena, CA 91105-2540

Paula Tharp
4900 Meadow Pass Way
Antelope, CA 95843-5838

Proactive Security Systems Inc
30251 Golden Lantern E 394
Laguna Niguel, CA 92677-5994

Riverside County Tax Collector
Attn Sheree Raphael
4080 Lemon St 4th Floor
Riverside, CA 92501-3634

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502-2205

Rose Gianetto
587 S. Fern Cyn Dr.
Palm Springs, CA 92264

SNR Denton
525 Market Street 26th Floor
San Francisco, CA 94105-2734

Sandy Chronis
10839 Chester Rd.
Cincinnati, OH 45246

Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036-5627

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southern California Edison Company
Credit and Payment Services
1551 W San Bernardino Rd
Covina CA 91722-3407

State of California
Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

Stebich Ridder International
599 Eleventh Avenue
New York, NY 10036-2110

~~Stephen P Webb~~
~~433 N Camden Drive Suite 1010~~
~~Beverly Hills, CA 90210~~
RETURNED MAIL 9/19/12

The Hartford Sentinel Insurance
Company LTD
PO Box 660916
Dallas, TX 75266-0916

Verizon
404 Brock Drive
Bloomington, IL 61791-0001

Winstor
26895 Aliso Creek Rd
Suite B 639
Aliso Viejo, CA 92655

Elaine M Meyer Family Trust
c/o Kathleen Tessmer
Henry A. Tessmer, LLC
2616 South Kinnickinnic Ave
Milwaukee, WI 53207-2196

Edenhurst Gallery
587 South Fern Canyon Drive
Palm Springs, CA 92264

| | | |
|---|---|---|
| John Heller | Yossi Dina | Paula Tharp |
| 35 100th Ave NE | 249 South Beverly Drive | c/o Elizabeth La Rocque |
| Bellevue, WA 98004 | Beverly Hills, CA 90212-3002 | Goe and Forsythe LLP |
| | | 18101 Von Karman Ave Ste. 510 |
| | | Irvine, CA 92612 |

LA Packing Crating and Transport
5722 West Jefferson Blvd
Los Angeles, CA 90016